# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.  09-cv-00399-REB-CBS

CAREY MEGAN SCHARFENSTINE,
as mother of LLOYD COLIN SCHARFENSTINE and
next friend of LLOYD COLIN SCHARFENSTINE,

    Plaintiff,

v.

THE BOEING COMPANY, INC.,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on the **Plaintiff's Motion For Leave to File a Sur-Reply or in the Alternative for Oral Argument** [#24] filed May 26, 2009.  The motion is **DENIED**.

    Dated:  May 27, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.